UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALLAS BUYERS CLUB LLC,

        Plaintiff,

    v.

DOE-73.189.187.56,

        Defendant.

Case No.  16-cv-01166-DMR

**ORDER DENYING WITHOUT PREJUDICE MOTION TO EXPEDITE DISCOVERY**

Re: Dkt. No. 5

       Plaintiff Dallas Buyers Club LLC filed this action on March 9, 2016, alleging copyright infringement against a Doe Defendant identified only by an internet protocol ("IP") address, 73.189.187.56.  On March 10, 2016, Plaintiff filed an ex parte motion to expedite discovery, seeking leave to conduct discovery before the Rule 26 conference.  [Docket No. 5.]  Specifically, Plaintiff seeks an order granting Plaintiff leave to issue a subpoena to Comcast Cable for records related to the identity of the subscriber and account holder assigned Defendant's IP address, arguing that this information is necessary so that it may identify Defendant.

       In its motion, Plaintiff argues that good cause supports its request for early discovery and makes a number of assertions about the IP address at issue, including the alleged infringing activity associated with the address and its physical location.  However, Plaintiff has not filed any evidence to support these and other assertions.  Civil Local Rule 7-5 provides that "[f]actual contentions made in support of . . . any motion must be supported by an affidavit or declaration and by appropriate references to the record."  Civ. L.R. 7-5(a).  Accordingly, Plaintiff's motion to expedite discovery is denied without prejudice to Plaintiff's re-filing its motion in compliance with the local rules.

       **IT IS SO ORDERED.**

Dated: March 28, 2016

_____

Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California